IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-30852
Summary Calendar
_____


PERCY BARTLEY,

                                        Plaintiff-Appellant,

versus

CHARLES SULLIVAN, President; SULLIVAN & ASSOCIATES;
LOUISIANA AGRI-CAN, L. L. C.;
DAVID MILLER, President, Crawfish Unlimited;
RICHARD STALDER, Secretary, Louisiana
Department of Public Safety; BURL CAIN,
Warden, Louisiana State Prison; PRISON
ENTERPRISES; DR. CHARLES KLEINPETER, Director,
Prison Enterprises; and JAMES LeBLANC,
Undersecretary, Louisiana Department of
Public Safety,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 96-CV-260
- - - - - - - - - -
January 7, 1997
Before GARWOOD, JOLLY and DENNIS, Circuit Judges.

PER CURIAM:[*]

     Percy Bartley, a Louisiana prisoner (# 76966), appeals the

district court's dismissal of his 42 U.S.C. § 1983 civil rights

complaint as frivolous, pursuant to 28 U.S.C. § 1915(d).  Bartley

argued that, by forcing him to work without pay for a private

---

     [*]     Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

enterprise, the defendants violated his rights under the Fair Labor Standards Act, the Due Process Clause, and the Thirteenth Amendment.  We have reviewed the record and find no reversible error.  Accordingly, the judgment is AFFIRMED for essentially the reasons stated by the magistrate judge in his report recommending that Bartley's complaint be dismissed.  See Bartley v. Sullivan, No. 96-CV-260 (M.D. La. May 31, 1996).

AFFIRMED.